IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 FEB 18 PM 2:01

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GHANSHYAMBH CHAUDHARI a/k/a GUNNY<br><br>        Defendant. | **S E A L E D**<br><br>4:26CR 3018<br><br>INDICTMENT<br>8 U.S.C. § 1324(a)(I)(A)(ii) and (v)(II)<br>8 U.S.C. § 1324(a)(I)(A)(iii) |

The Grand Jury charges that

## COUNT I

1. From at on or about June 15, 2025 and continuing through on or about June 21, 2025, in the District of Nebraska and elsewhere, GHANSHYAMBH CHAUDHARI a/k/a GUNNY, defendant herein, knowing and in reckless disregard of the fact that an alien, had come to, entered and remained in the United States in violation of law, did aid and abet the transport and movement of said alien within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II).

## COUNT II

2. Between on or about June 15, 2025 through on or about June 21, 2025, in the District of Nebraska, GHANSHYAMBH CHAUDHARI a/k/a GUNNY, defendant herein, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the Grand Jury as SC, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other

1

places and by means of transportation, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT III

3. Between on or about June 15, 2025 through on or about June 21, 2025, District of Nebraska, GHANSHYAMBH CHAUDHARI a/k/a GUNNY, defendant herein, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the Grand Jury as SSC, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other places and by means of transportation, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT IV

4. Between on or about June 15, 2025 through on or about June 21, 2025, District of Nebraska, GHANSHYAMBH CHAUDHARI a/k/a GUNNY, defendant herein, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the Grand Jury as MFA, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other places and by means of transportation.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

## COUNT V

5. Between on or about June 15, 2025 through on or about June 21, 2025, District of Nebraska, GHANSHYAMBH CHAUDHARI a/k/a GUNNY, defendant herein, knowing and in reckless disregard of the fact that an alien, namely, an alien known to the Grand Jury as

MMA, had come to, entered and remained in the United States in violation of law, did attempt to conceal, harbor, and shield from detection such alien in buildings and other places and by means of transportation.

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
DANIELLE FLIAM #25658
Assistant U.S. Attorney

3